# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OLUBANJI MILTON MACAULAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-18-7-M |
| ) | |
| OKLAHOMA COUNTY ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 28, 2018, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action. The Magistrate Judge recommended that this action be dismissed without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by July 19, 2018. A review of the file reveals plaintiff has filed no objection.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 19] issued by the Magistrate Judge on June 28, 2018, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 13th day of September, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE